**Order filed, December 3, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00472-CV**

_____

**CURTIS TYLER, Appellant**

**V.**

**TORCSILL FOUNDATIONS LLC, Appellee**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-07582**

## ORDER

The reporter's record in this case was due November 12, 2021. *See* Tex. R. App. P. 35.1. The court sent past due notice for the reporter's record on November 17, 2021. No response was received, and the record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Amanda Lynn King, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Poissant.